ENTERED ON DOCKET
<u>5/25/05</u>  PURSUANT
TO FRCP RULES 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



JESSIE A. QUINONES-TORRES

Plaintiff(s)

vs.

UNITED STATES OF AMERICA

Defendant(s)

CIVIL CASE    04-1528 (JAF)

## JUDGMENT

Pursuant to this Court's Order (docket #12)  Judgment is entered summary dismissing this case pursuant to Rule 4 of the Rules Governing Section 2255 Appeals in the United States Courts.

In San Juan, Puerto Rico, this  25th  day of  May,   2005.

Frances Rios de Moran, Esq.

Clerk of Court

*s/Franchesca Torres*

Franchesca Torres
Deputy Clerk