ENTERED ON DOCKET
<u>5/25/05</u> PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| JESSIE A. QUINONES-TORRES<br><br>Plaintiff(s)<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s) | CIVIL CASE    04-1528 (JAF) |

## JUDGMENT

Pursuant to this Court's Order (docket #12)  Judgment is entered summary dismissing this case pursuant to Rule 4 of the Rules Governing Section 2255 Appeals in the United States Courts.

In San Juan, Puerto Rico, this  25th  day of  May,  2005.

Frances Rios de Moran, Esq.

Clerk of Court

*s/Franchesca Torres*

Franchesca Torres
Deputy Clerk